The Honorable: Marc Barreca
Chapter 7
Location: Marysville, WA
Hearing Date:   / /
Hearing Time:
Response Date:   / /

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| A Gift of Dance | § | Case No. 15-11416 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Virginia Andrews Burdette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                                  Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 7,717.55              Claims Discharged
                                                        Without Payment: 106,127.91

Total Expenses of Administration: 4,992.45

3) Total gross receipts of $ 12,710.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,710.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,992.45 | 4,992.45 | 4,992.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,704.58 | 5,380.91 | 5,380.91 | 5,380.91 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 103,994.45 | 3,379.26 | 3,379.26 | 2,336.64 |
| **TOTAL DISBURSEMENTS** | $ 113,699.03 | $ 13,752.62 | $ 13,752.62 | $ 12,710.00 |

  4)  This case was originally filed under chapter 7 on 03/10/2015 . The case was pending for 35 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: 01/18/2018            By:/s/Virginia Andrews Burdette
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | 200.00 |
| Costumes, Equipment, Inventory | 1129-000 | 12,500.00 |
| WECU Savings | 1129-000 | 5.00 |
| WECU Savings | 1129-000 | 5.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,710.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| VIRGINIA A BURDETTE | 2100-000 | NA | 2,021.00 | 2,021.00 | 2,021.00 |
| VIRGINIA A BURDETTE | 2200-000 | NA | 100.91 | 100.91 | 100.91 |
| International Sureties, Ltd. | 2300-000 | NA | 4.93 | 4.93 | 4.93 |
| Rabobank, N.A. | 2600-000 | NA | 61.07 | 61.07 | 61.07 |
| Union Bank | 2600-000 | NA | 266.84 | 266.84 | 266.84 |
| Jenny Weeks, CPA | 3410-000 | NA | 600.00 | 600.00 | 600.00 |
| Richard N. Ginnis | 3410-000 | NA | 1,923.00 | 1,923.00 | 1,923.00 |
| Richard Ginnis | 3420-000 | NA | 14.70 | 14.70 | 14.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,992.45 | $ 4,992.45 | $ 4,992.45 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Briana L. Wilcox<br>1891 E. Smith Road<br>Bellingham, WA 98226 | | 27.70 | NA | NA | 0.00 |
| | Christie Peetoom<br>3471 Birch Bay Lynden Rd.<br>Custer, WA 98240 | | 810.16 | NA | NA | 0.00 |
| | Dept of L and I | | 1,361.24 | NA | NA | 0.00 |
| | Gary Hooker, Revenue Agent,<br>Dept. of Revenue | | 0.00 | NA | NA | 0.00 |
| | Kelsie DeWispelaere<br>214 Hertel Way<br>Nooksack, WA 98276 | | 27.70 | NA | NA | 0.00 |
| | Laura M. Greig<br>2984 Cameron Ridge Ln.<br>Ferndale, WA 98248 | | 27.71 | NA | NA | 0.00 |
| | Lucretia Rowley<br>2834 Verona Street<br>Bellingham, WA 98226 | | 27.71 | NA | NA | 0.00 |
| | Madeline C. Williams<br>1902 H Street<br>Bellingham, WA 98225 | | 221.64 | NA | NA | 0.00 |
| 4P-2 | IRS | 5800-000 | 5,253.08 | 3,981.08 | 3,981.08 | 3,981.08 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | WA DEPARTMENT OF REVENUE | 5800-000 | 1,300.00 | 885.60 | 885.60 | 885.60 |
| 3P | WA STATE EMPLOYMENT SECURITY DEPARTMENT | 5800-000 | 647.64 | 514.23 | 514.23 | 514.23 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 9,704.58 | $ 5,380.91 | $ 5,380.91 | $ 5,380.91 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFLAC Worldwide Headquarters 1932 Wynnton Rd. Columbus, GA 319938601 | | 624.40 | NA | NA | 0.00 |
| | Allyson K. Hommes 900 Grover Street Lynden, WA 98264 | | 699.50 | NA | NA | 0.00 |
| | ASCAP P.O. Box 331608-7515 Nashville, TN 37203 | | 198.54 | NA | NA | 0.00 |
| | Broadcast Music, Inc. "BMI" P.O. Box 630893 Cincinnati, OH 452630893 | | 503.43 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carley Brouwer<br>1173 B Aaron Drive<br>Lynden, WA 98264 | | 0.00 | NA | NA | 0.00 |
| | Cathy Kimbley<br>8651 Brookfield Drive<br>Lynden, WA 98264 | | 0.00 | NA | NA | 0.00 |
| | Comcast<br>P.O. Box 34227<br>Seattle, WA 981241227 | | 962.10 | NA | NA | 0.00 |
| | Dee Apodaca<br>1238 Trunberry Ct.<br>Lynden, WA 98264 | | 0.00 | NA | NA | 0.00 |
| | Jay Greig<br>1730 LaBounty Rd. #174<br>Ferndale, WA 98248 | | 0.00 | NA | NA | 0.00 |
| | Kim Silva<br>789 H Street Road<br>Lynden, WA 98264 | | 0.00 | NA | NA | 0.00 |
| | Lori Holt<br>P.O. Box 494<br>Lynden, WA 98264 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Matthew Cheung Patenaude & Felix 2200 6th Avenue, Ste. 790 Seattle, WA 98121 | | 0.00 | NA | NA | 0.00 |
| | Megan Vopnford 7315 Huisman Place Lynden, WA 98264 | | 752.56 | NA | NA | 0.00 |
| | Mik Preysz 1113 N. Cascade Ct. Lynden, WA 98264 | | 0.00 | NA | NA | 0.00 |
| | State Farm Insurance One State Farm Plaza Bloomington, IL 61710 | | 88.02 | NA | NA | 0.00 |
| | Steve Vanderpol Fair Square Enterprises LLC 1903 Front Street Lynden, WA 98264 | | 63,100.00 | NA | NA | 0.00 |
| | Sunrise Credit Services P.O. Box 9100 Farmingdale, NY 117359100 | | 373.79 | NA | NA | 0.00 |
| | Terence Symonds 2173 Eastwood Way Lynden, WA 98264 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Goble Family Trust Ted & Dee Goble<br>2340 Loomis Trail Road<br>Custer, WA 98240 | | 34,134.61 | NA | NA | 0.00 |
| | Tony Velasco<br>8657 Brookfield Drive<br>Lynden, WA 98264 | | 1,000.00 | NA | NA | 0.00 |
| | WECU<br>P.O. Box 9750<br>Bellingham, WA 98227 | | 144.48 | NA | NA | 0.00 |
| 6 | Entertainment News NW LLC | 7100-000 | 313.00 | 313.00 | 313.00 | 313.00 |
| 2 | Lynden Christian School | 7100-000 | 840.00 | 840.00 | 840.00 | 840.00 |
| 5 | Puget Sound Energy | 7100-000 | 260.02 | 258.22 | 258.22 | 258.22 |
| 3U | WA STATE EMPLOYMENT SECURITY DEPARTMENT | 7100-000 | NA | 92.67 | 92.67 | 92.67 |
| 4U-2 | IRS | 7300-000 | NA | 1,656.65 | 1,656.65 | 735.63 |
| 1U | WA DEPARTMENT OF REVENUE | 7300-000 | NA | 218.72 | 218.72 | 97.12 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 103,994.45 | $ 3,379.26 | $ 3,379.26 | $ 2,336.64 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-11416 | MLB | Judge: | Marc Barreca | Trustee Name: | Virginia Andrews Burdette |
| Case Name: | A Gift of Dance | | | | Date Filed (f) or Converted (c): | 03/10/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/27/2015 |
| For Period Ending: | 01/18/2018 | | | | Claims Bar Date: | 07/31/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. WECU Checking | 0.00 | 0.00 | | 0.00 | FA |
| 2. WECU Savings | 5.00 | 5.00 | | 5.00 | FA |
| 3. WECU Savings | 5.13 | 0.00 | | 5.00 | FA |
| 4. Dance Recital VHS & DVDs | Unknown | Unknown | | 0.00 | FA |
| 5. Costumes, Equipment, Inventory | 16,574.16 | 12,500.00 | | 12,500.00 | FA |
| 6. Accounts Receivable | 894.83 | 894.83 | | 200.00 | FA |
| 7. Customer List | Unknown | Unknown | | 0.00 | FA |
| 8. Office Equipment | Unknown | Unknown | | 0.00 | FA |
| 9. Other Inventory | Unknown | Unknown | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $17,479.12   $13,399.83   $12,710.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #    5    --    Awaiting order on motion to sell (Dck #20)

Initial Projected Date of Final Report (TFR):            Current Projected Date of Final Report (TFR):

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 15-11416 | Trustee Name: Virginia Andrews Burdette | Exhibit 9 |
| Case Name: A Gift of Dance | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX2125 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8325 | Blanket Bond (per case limit): $63,926,457.00 | |
| For Period Ending: 01/18/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/02/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $12,638.93 | | $12,638.93 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.13 | $12,620.80 |
| 04/26/16 | 101 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | Blanket Bond | 2300-000 | | $0.08 | $12,620.72 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.12 | $12,602.60 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.70 | $12,583.90 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.07 | $12,565.83 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.65 | $12,547.18 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.62 | $12,528.56 |
| 10/12/16 | 102 | Jenny Weeks, CPA Telgenhoff & Octgen PS 400 Fifth Street Lynden WA 98264 | accounting fee Per court order 10.6.16 | 3410-000 | | $600.00 | $11,928.56 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.99 | $11,910.57 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.16 | $11,892.41 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.08 | $11,875.33 |
| | | | Page Subtotals: | | $12,638.93 | $763.60 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-11416 | Trustee Name: | Virginia Andrews Burdette | Exhibit 9 |
|---|---|---|---|---|
| Case Name: | A Gift of Dance | Bank Name: | Union Bank | |
| | | Account Number/CD#: | XXXXXX2125 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX8325 | Blanket Bond (per case limit): | $63,926,457.00 | |
| For Period Ending: | 01/18/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.62 | $11,857.71 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.64 | $11,840.07 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.92 | $11,824.15 |
| 04/03/17 | 103 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | Chapter 7 Blanket Bond | 2300-000 | | $4.85 | $11,819.30 |
| 04/25/17 | | Whatcom Educational Credit Union PO Box 9750 Bellingham, WA 98227-9750 | bank funds | | $10.00 | | $11,829.30 |
| | | | Gross Receipts $10.00 | | | | |
| | 2 | | WECU Savings $5.00 | 1129-000 | | | |
| | 3 | | WECU Savings $5.00 | 1129-000 | | | |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.59 | $11,811.71 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.00 | $11,794.71 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.55 | $11,777.16 |
| 10/06/17 | 104 | VIRGINIA A BURDETTE VIRGINIA A. BURDETTE 5506 6th Avenue S., Suite 207 Seattle, WA 98108 | Distribution | | | $2,121.91 | $9,655.25 |
| | | VIRGINIA A BURDETTE | Final distribution representing a payment of 100.00 % per court order. ($2,021.00) | 2100-000 | | | |

| | | | Page Subtotals: | | $10.00 | $2,230.08 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-11416 | Trustee Name: Virginia Andrews Burdette |
| Case Name: A Gift of Dance | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX2125 |
| | Checking |
| Taxpayer ID No: XX-XXX8325 | Blanket Bond (per case limit): $63,926,457.00 |
| For Period Ending: 01/18/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | VIRGINIA A BURDETTE | Final distribution representing a payment of 100.00 % per court order. | ($100.91) | 2200-000 | | | |
| 10/06/17 | 105 | Richard N. Ginnis<br>POB 30081<br>Seattle, WA 98113 | Final distribution representing a payment of 100.00 % per court order. | | 3410-000 | | $1,923.00 | $7,732.25 |
| 10/06/17 | 106 | Richard Ginnis<br>POB 30081<br>Seattle, WA 98113 | Final distribution representing a payment of 100.00 % per court order. | | 3420-000 | | $14.70 | $7,717.55 |
| 10/06/17 | 107 | WA DEPARTMENT OF REVENUE<br>ATTN: Bob Palen<br>2101 Fourth Ave; Suite 1400<br>Seattle, WA 98121-2300 | Distribution | | | | $982.72 | $6,734.83 |
| | | WA DEPARTMENT OF REVENUE | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($885.60) | 5800-000 | | | |
| | | WA DEPARTMENT OF REVENUE | Final distribution to claim 1 representing a payment of 44.40 % per court order. | ($97.12) | 7300-000 | | | |
| 10/06/17 | 108 | WA STATE EMPLOYMENT SECURITY DEPARTMENT<br>BANKRUPTCY UNIT<br>PO BOX 9046<br>OLYMPIA, WA 98507-9046 | Distribution | | | | $606.90 | $6,127.93 |
| | | WA STATE EMPLOYMENT SECURITY DEPARTMENT | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($514.23) | 5800-000 | | | |
| | | WA STATE EMPLOYMENT SECURITY DEPARTMENT | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($92.67) | 7100-000 | | | |
| 10/06/17 | 109 | IRS<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Distribution | | | | $4,716.71 | $1,411.22 |
| | | IRS | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($3,981.08) | 5800-000 | | | |

| | | | Page Subtotals: | $0.00 | $8,244.03 |
|---|---|---|---|---|---|

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-11416 | Trustee Name: Virginia Andrews Burdette |
| Case Name: A Gift of Dance | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX2125 |
| | Checking |
| Taxpayer ID No: XX-XXX8325 | Blanket Bond (per case limit): $63,926,457.00 |
| For Period Ending: 01/18/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | IRS | Final distribution to claim 4 representing a payment of 44.40 % per court order. | ($735.63) | 7300-000 | | | |
| 10/06/17 | 110 | Lynden Christian School<br>417 Lyncs Dr.<br>Lynden, WA 98264-1649 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | 7100-000 | | $840.00 | $571.22 |
| 10/06/17 | 111 | Puget Sound Energy<br>Vendor Collections Dept BOT-02G<br>PO BOX 97034<br>Bellevue, WA 98009-7034 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | 7100-000 | | $258.22 | $313.00 |
| 10/06/17 | 112 | Entertainment News NW LLC<br>PO Box 2606<br>Bellingham, WA 98227-2606 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | 7100-000 | | $313.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $12,648.93 | $12,648.93 |
| Less: Bank Transfers/CD's | $12,638.93 | $0.00 |
| Subtotal | $10.00 | $12,648.93 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10.00 | $12,648.93 |

Page Subtotals: $0.00 $1,411.22

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-11416 | Trustee Name: | Virginia Andrews Burdette |
|---|---|---|---|
| Case Name: | A Gift of Dance | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX66 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX8325 | Blanket Bond (per case limit): | $63,926,457.00 |
| For Period Ending: | 01/18/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/23/15 | 6 | Vicki Mudgett | account rec | 1121-000 | $200.00 | | $200.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $190.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $180.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $170.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $160.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $150.00 |
| 02/18/16 | 5 | Tony Velasco | sale proceeds | 1129-000 | $12,500.00 | | $12,650.00 |
| 02/29/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | bank Service Charge | 2600-000 | | $10.00 | $12,640.00 |
| 03/02/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | bank Service Charge | 2600-000 | | $1.07 | $12,638.93 |
| 03/02/16 | | Transfer to Acct # xxxxxx2125 | Transfer of Funds | 9999-000 | | $12,638.93 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,700.00 | $12,700.00 |
| Less: Bank Transfers/CD's | $0.00 | $12,638.93 |
| Subtotal | $12,700.00 | $61.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,700.00 | $61.07 |

Page Subtotals: $12,700.00 $12,700.00

UST Form 101-7-TDR (10/1/2010) (Page: 15)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX2125 - Checking | $10.00 | $12,648.93 | $0.00 |
| XXXXXX66   - Checking Account | $12,700.00 | $61.07 | $0.00 |
|  | $12,710.00 | $12,710.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,710.00 |
| Total Gross Receipts: | $12,710.00 |

Page Subtotals: $0.00 $0.00